IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HENRI PEGUES                                                                             PLAINTIFF

VS.                                 CIVIL ACTION NO.: 3:08-cv-00031-TSL-JCS

FLOWERS BAKING CO. OF                                DEFENDANT
BATON ROUGE, LLC

## **AGREED ORDER OF DISMISSAL**

This cause came on for hearing on the join motion, *ore tenus*, of the Plaintiff Henri Pegues and Flowers Baking Co. of Baton Rouge, LLC (hereinafter "Parties") for the entry of an Agreed Order of Dismissal with Prejudice. The Court, having considered said motion, finds that the Parties have reached a Confidential Agreement concerning this cause, and that there remain no issues, involving these Parties, to be tried or determined by this Court. The Court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action should be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, as provided for in the agreement reached between the Parties.

IT IS FURTHER ORDERED AND ADJUDGED that the Court retains jurisdiction to enforce the terms of the Confidential Agreement should there be any dispute relating to it, or the Parties' compliance therewith

SO ORDERED on this, the 13 of April, 2009.

                                                     UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s/ Herbert C. Ehrhardt
HERBERT C. EHRHARDT (MB NO. 5490)
ATTORNEY FOR DEFENDANT

/s/ Frank Breese, III
FRANK BREESE, III
ATTORNEY FOR PLAINTIFF